**FILED**

10/27/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0486

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0486

STATE OF MONTANA,

       Plaintiff and Appellee,

vs.

RANDY JOE FISH,

       Defendant and Appellant.

# GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until December 4, 2023, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 27 2023